CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 17 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| VICTORIA JENKINS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> F. GLENN AYLOR, et al., <br><br> Defendants. | Civil Action No. 3:15-CV-00046 <br><br> **ORDER** <br><br><br> By: Hon. Glen E. Conrad <br> Chief United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Defendants' motion to dismiss (Docket No. 7) is **GRANTED IN PART AND DENIED IN PART**. The motion is granted with respect to Count I, which is **DISMISSED** without prejudice. The motion is denied with respect to Counts II and III; and

2. Defendants' motion to strike (Docket No. 7) is **DENIED**.

The Clerk is directed to send a certified copy of the order and memorandum opinion to all counsel of record.

ENTER: This 17th day of May, 2016.

/s/ Glen E. Conrad
Chief United States District Judge